# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0845. VICKI C. MITCHELL v. ROCKINGHAM FARMS, LLC.

The Appellant in the above-styled case has filed a motion to withdraw the appeal. Upon consideration and review, pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*